No. 74–986. CHESAPEAKE & OHIO RAILWAY CO. v. PAYNTER. C. A. 4th Cir. Certiorari denied. MR. JUS-

998

TICE POWELL took no part in the consideration or decision of this petition.*